## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOSHUA L. DE JESUS PLAUD;
SAMANTHA BROWN; AMEERA
ALNABOUT; and PATRICK FORD,

          Plaintiffs,

v.                                     Case No. 6:16-cv-1459-Orl-37DAB

CHIPOTLE MEXICAN GRILL, INC.,

          Defendant.
_____

### ORDER

      This cause is before the Court on its own motion. On August 15, 2016, Plaintiffs filed the instant action alleging that Defendant violated the Fair Labor Standards Act. (Doc. 1.) Upon review of the Complaint, the Court finds that it is due to be dismissed as an impermissible shotgun pleading.

      A shotgun complaint "is [one] containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." *Weiland v. Palm Beach Cty. Sheriff's Office*, 792 F.3d 1313, 1321 (11th Cir. 2015). Such pleadings impose on the Court the onerous task of sifting out irrelevancies to determine which facts are relevant to which causes of action. *See id.* at 1323. Described as "altogether unacceptable," by the U.S. Court of Appeals for the Eleventh Circuit, when a shotgun pleading is filed in this Court, repleader is required. *Cramer v. Florida*, 117 F.3d 1258, 1263 (11th Cir. 1997); *see also Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1125–28 (11th Cir. 2014). If the Court does not require repleader, then "all is lost." *Johnson Enters.*

*of Jacksonville, Inc. v. FPL Grp., Inc.*, 162 F.3d 1290, 1333 (11th Cir. 1998).

As Count II of the Complaint incorporates each of the preceding allegations (*see* Doc. 1, ¶ 18), the Complaint constitutes an impermissible shotgun pleading and must be dismissed. If Plaintiff chooses to replead, the amended complaint must clearly delineate which factual allegations are relevant to each claim.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.   Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2.   On or before Monday, **September 12, 2016**, Plaintiff may file an amended complaint consistent with the directives of this Order. Failure to file may result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 29, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record